UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-80053-DIMITROULEAS (s)(s)

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

DILLON POLANCO.
    Defendant.
_____/

## **DEFENDANT POLANCO'S OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT**

COMES NOW the Defendant, DILLON POLANCO, by and through undersigned appointed counsel, pursuant to Rule 32, Federal Rules of Criminal Procedure, and the Fifth Amendment to the United States Constitution, and respectfully submits the following objections to the Presentence Investigation Report ("PSI"), as follows:

### **THE OFFENSE CONDUCT (Clarifications/Corrections Not Affecting Guidelines Calculations)**

**Paragraph 43:** Defendant requests this paragraph be clarified/corrected to note that he "told" Salgado to do what he was going to do, not that he "directed" Salgado to do anything (see, Factual Proffer, DE150-1, at ¶28).

## ROLE ASSESSMENT (Clarifications/Corrections Not Affecting Guidelines Calculations)

**Paragraph 58:** Defendant clarifies that he and Salgado *discussed* the robbery but that he did not "direct" Salgado regarding what to do, and that after the *release* of Salgado and Lamar, he *and Salgado* recruited Vazquez to recover the money (see, PSI ¶ 33).

**Paragraph 59:** Defendant clarifies that he *and Salgado* recruited the others to recover the money and that afterwards, the money was delivered to him *and Salgado* (see, PSI ¶ 35).

## OFFENSE LEVEL COMPUTATION

**Paragraph 68:** Defendant clarifies and corrects the paragraph to note that in this case, the minimum statutory term of imprisonment [for Count 6] is *five years,* not ten years as written (see, PSI ¶ 125).

**Paragraph 73:** Defendant objects to the suggested 1-level increase "because a firearm, destructive device, or controlled substance was taken, or if the taking of such item was an object of the offense…." In this case, only drug proceeds were taken, which was the object of the conspiracy (see, Factual Proffer, DE150-1, ¶ 1).

**Paragraph 82:** Based on the above and foregoing, Defendant submits that the Total Offense Level is 26 (*not 27 as presently suggested).*

## CUSTODY

**Paragraph 126:** Defendant respectfully submits that this paragraph be corrected to reflect that: ***Based upon a total offense level of 26 and a criminal history category of I, the guideline imprisonment range is 63 to 78 months.***

WHEREFORE, based on the above and foregoing, the Defendant respectfully submits the foregoing objections and argument and requests that the Court sustain these objections.

                                        */s/ Michael G. Smith*
                                        MICHAEL G. SMITH, ESQ.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 18, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                   */s/ Michael G. Smith, Esq.*
                                   MICHAEL G. SMITH, ESQ.
                                   FBN:65802
                                   SmithLawDefend@aol.com
                                   1824 Southeast 4th Avenue
                                   Fort Lauderdale, FL 33316
                                   (954) 303-7843
                                   Attorney for POLANCO