# EXHIBITS

## (Letters)

Polanco

From: G V (gaby_vazquez1996@icloud.com)

To: smithlawdefend@aol.com

Date: Tuesday, April 23, 2024 at 12:28 PM EDT

Dear honorable judge,
My name is Maribel Olvera, I am the mother of Dillon Polanco. My son is a good boy with his flaws and virtues, but at last a good boy, I educated him with good principles in a family environment with values and good morals. He is a good citizen of this country who isn't a threat to the community. He is a good son, good man, good husband, good father. He is regretful and is taking the time to work on himself, physically, spiritually and mentally. I acknowledge he has made a mistake and while he is taking accountability for it, I pray you find it in your heart to give him a light but fair sentence. That's my son, I ask that you take my letter into consideration and give my son the opportunity to right his wrongs. Thank you for your time, I hope this can help you see the type of person my son is.
Sincerely,
Maribel

Polanco

From: G V (gaby_vazquez1996@icloud.com)
To: smithlawdefend@aol.com
Date: Monday, April 29, 2024 at 02:27 AM EDT

Dear Honorable Judge,

I trust this letter finds you well. I am writing to you today as a concerned father, seeking your consideration and leniency in the sentencing of my son, Dillon Polanco.

Dillon has been a source of strength and support for our family, demonstrating resilience and maturity beyond his years. His commitment to his siblings and me has been unwavering, and his absence would undoubtedly be deeply felt by all who know him.

I respectfully urge you to take into account Dillon's positive contributions to our family and community when determining his sentence. I ask for a punishment that allows us to continue to support and visit him, enabling him to remain connected to his loved ones during this challenging time.

Additionally, I implore you to consider the safety and well-being of Dillon when deciding on his placement. Please refrain from sentencing him to locations plagued by gang violence and infiltration, such as California as this would only expose him to further danger.

Your Honor, I appeal to your compassion and fairness in this matter. I trust in your judgment to reach a decision that takes into account Dillon's best interests and his potential for rehabilitation.

Thank you for your attention to this request.

Sincerely,

Carlos Duarte Polanco

Dillon R. Polanco

From: G V (gaby_vazquez1996@icloud.com)
To: smithlawdefend@aol.com
Date: Tuesday, April 23, 2024 at 10:00 AM EDT

To whom this may concern,

My name is Danielle Thompson. I have been in a relationship with Carlos Polanco (Dillon Polanco's father) since March 2010. In other words, I have known Dillon for 14 years.
Dillon was only 12 years old when I met him. Of course, he was a typical boy, staying out past curfew but he was never a problem child. He has always been respectful of his elders and honest with his father.
I watched Dillon grow up to become a beautiful young man. He is a son to be proud of, a helpful brother, a loving husband and a doting father.
He means so much to all of us. I can't tell you enough how difficult it is to not have him here with the family. We are all experiencing hardships without him in our lives. He does so much for all of us. We need him back in our lives as soon as we can.
I understand he did wrong, Sir, but if you could see all the good he's done for so many people, you would see him in a different light. I am personally asking you for leniency when sentencing him. I trust your judgment will be fair.
Just, please consider the goodness inside him and how much he is missed by all of us. Thank you for your time and consideration.

Sincerely,
Danielle Thompson

Polanco

From: G V (gaby_vazquez1996@icloud.com)
To: smithlawdefend@aol.com
Date: Thursday, April 25, 2024 at 06:22 PM EDT

Dear Honorable Judge,

I hope this letter finds you well. I am writing to you today with a heavy heart but also with a profound sense of hope and admiration for my brother, Dillon Renee Polanco

First and foremost, I want to express to you what an exceptional human being my brother is. From a young age, he has demonstrated unwavering kindness, compassion, and dedication to helping others. His innate goodness has touched the lives of many, including mine, in ways that words cannot fully capture.

I must share with you the pivotal role my brother has played in my life. During a time of great struggle and darkness, he extended his hand to me, pulling me out of the depths of addiction with love, patience, and unwavering support. His guidance and presence were my lifeline, and I owe my sobriety and newfound hope to his selfless intervention.

However, since his incarceration, life has become an uphill battle once again. The void left by his absence has been unbearable, and I find myself slipping back into old habits. The weight of his absence is palpable, and I fear for my well-being without his steady presence by my side.

I implore you to consider the incredible impact my brother has had not only on my life but also on the lives of his daughter, our family, and society as a whole. Despite the challenges he faces, he remains a pillar of strength and goodness, embodying resilience and integrity in the face of adversity. It is important for you to know that my brother is not a violent person in the slightest. His character is defined by compassion and empathy, traits that have guided his actions throughout his life.

I also want to emphasize the remarkable transformation my brother has undergone during his time behind bars. In the span of just 7-9 months, he has shown tremendous growth, reflecting deeply on his past actions and committing himself to positive change.

Your Honor, I humbly ask for leniency and compassion in sentencing. My brother's presence is not only essential to my well-being but to the betterment of our entire community. He has already made such a profound impact, and with your guidance, I believe he can continue to contribute positively to society.

Thank you for considering my plea and for your dedication to justice.

Warmest regards,

Diego Andres Concha

Polanco

From: G V (gaby_vazquez1996@icloud.com)
To: smithlawdefend@aol.com
Date: Monday, April 29, 2024 at 02:29 AM EDT

Dear Judge,

I hope this letter finds it well. I am writing to you in the hope of expressing the deep concern I feel for Dillon Polanco who is half-brother of my son Andrés. I have witnessed his kindness and dedication to others, as well as his positive impact on my family and the community in general.

I want to start by highlighting the significant impact that Dillon has had on our family. His love and unconditional support have been fundamental for my son, Diego Andres Concha, who fights against addiction. Since Dillon went to jail, it has been even more difficult for my son to stay away from his inner demons. However, telephone conversations with his brother give him comfort and strength, helping him overcome his destructive habits.

In addition, I want to highlight the numerous contributions that Dillon has made to society. His generosity and empathy have led him to help homeless people in Oakland, as well as to welcome my son when he needed guidance and support. His commitment to the well-being of others is undeniable, and his absence is deeply felt both in my home and in the community in general.

I can't help but feel the weight of his absence. My most fervent desire is for Dillon to be at home taking care of his children and his partner. I know that your presence would be invaluable for all of us, and I look forward to the day when we can reunite as a family once again.

I beg you, with all due respect, to consider the situation of Dillon with compassion and justice. His release would not only benefit him and our family, but would also allow him to continue his altruistic work and his positive influence on the community.

I sincerely appreciate your attention to this letter and your consideration in this very important matter.

With respect and gratitude,
Luz Maria Concha

Dillon R. Polanco

From: G V (gaby_vazquez1996@icloud.com)
To: smithlawdefend@aol.com
Date: Tuesday, April 23, 2024 at 09:05 AM EDT

# Dear Judge,

My name is Gabriela Vazquez, I am Dillon Renee Polanco's partner and the mother of his youngest daughter. I would like to begin by thanking you for taking the time to read my letter in regard to Mr. Polanco. I am writing this letter to ask the court for leniency when sentencing Mr. Polanco and I would like to share a bit about him so you can know who the person standing in front of you is.

Dillon is a devoted father of two, a loving son and respectful member of the community. He is a person with values and morals, he is someone who is always willing to help those in need and go the extra mile for the people who surround him. I have been in a relationship with Mr. Polanco for the past 7 years and we have been raising our 4 year old daughter together. He plays an important role at home, being a full time father and caregiver for our daughter. Dillon's arrest has had a tremendous impact on our daughter and his family who has been struggling to adjust while he's been away.

I have watched the way Dillon has grown during the time he has been incarcerated and I can say he had time to reflect on his actions, he is taking full accountability and is taking this situation serious while also letting it become a learning lesson. He is goal oriented and is focused on become a better man. He is building a strong relationship with god, using this time to educate himself and to redirect his life towards a positive future.

He has made a mistake for which I understand he has to serve time to correct his wrongdoing. I can imagine how difficult it must be to make this decision when one's future is in your hands. I understand you have to take all the matters into consideration when making your decision but I plead you consider giving Mr. Polanco leniency and the opportunity to turn his life around so he can be reunited with his loved ones.

Thank you for your time your honor,
Gabriela Vazquez

April 01, 2024

To Whom It May Concern:

My Name is Yesenia Estrada. I've known Dillon Polanco for about 7 years now. Dillon is my bother-in-law and is also 2 of my boys God father.

I know Dillon to be dependent, responsible, honest and courteous. I want to bring to your light the kind of person that he is despite the grave allegations that has faced in recent time. He is a family man, who loves and is there for his family. His enthusiasm has led to many good works in society despite the circumstances. He is a well-mannered gentleman and I am sure he will learn from this experience. Our family hasn't been the same since his arrest. I hope you can see the good in him and how he is truly missed by all his family.

I hope you find it in your heart for leniency in Dillon's sentencing so he can come home to be with his family soon or if he can be moved closer to home so we can visit him.

If you have any questions please feel free to contact me at 510-363-5091 or by email y.estrada31@yahoo.com.

Sincerely
Yesenia Estrada

Dear your Honor,

My name is Yanina Vazquez, and I am writing to you regarding Dillon Polanco.

I have known Dillon for the past six years, and he is my brother-in-law. I believe I can speak about Dillons moral character, and I hope you will take this letter into account when making your decision.

Dillon has shown to be a good family man, responsible and committed to the safety and wellbeing of others. He has been kind and generous to those around him. He also possesses a great deal of integrity and constantly strives to make sure that he is making the right decision. Dillon has been a role model for both of his children, is dedicated, and a role model to my nephews. While Dillon did make poor chooses, he is a man that is devoted to those around him. He is not a violent person and is always there to help those around him.

It must be difficult for you to make the decision like this when you don't know the person standing in front of you, I hope you will look at my letter and know that Dillon has made an impact to those around him.  I hope you find it in your heart to give Dillon a sentencing that would allow him to be home with his daughter soon, and that he can do his time close to home in Oregon, so that his family can see him. His daughter misses his father and is only 4 and is hopeful that she will get to see her father frequently.

I appreciate you taking the time to read my letter, and of you have any questions around how I can support Dillon, please feel free to contact me at 510-566-3070 or by email yanina0327s@icloud.com

Once again, thank you for taking the time to read my letter.
Yanina Vazquez