Polanco

From: G V (gaby_vazquez1996@icloud.com)
To: smithlawdefend@aol.com
Date: Friday, May 3, 2024 at 09:15 AM EDT

Dear Judge,

My name is Dillon Renee Polanco, I would like to start off by saying how remorseful I am for the crimes I have committed. Your honor, I desperately ask that you not only judge me for the crimes that I have committed but for the person I am outside of the judicial system.

I am 28 years old and for most of my adult life I have been a caring, loving and nurturing father. At the age of 20 my first daughter was born, Edeva Polanco who is now 7. I have overcame challenging times while trying to raise her along with her mother. Despite my incarceration, I have tried to remain a positive, impactful father and continue to show presence in her life. My youngest daughter is Gianni Polanco who is 4 years old. I have had the opportunity of raising her alongside her mother who I've been in a committed relationship with for the past 7 years. I knew that being a father was my calling, in life I have struggled with finding things that interest me but with fatherhood it has all changed. I have dedicated myself to doing mostly everything with and for my children. I've been able to teach them just as much as they have taught me. I intend to continue teaching them in the years to come and to be a present father and role model for them to love and look up to. My children have given me purpose in life, I have learned the importance of being a present father and I come to you in hopes to have the chance to be able to do so.

Not only am I a loving and dedicated father, I am also an obedient and respectful son to my mother Maria Maribel Olvera age of 48, who since the age of 20 has put her full focus on raising me the best she could. She taught me how a parent should love and care for their children. My father Carlos Duarte Polanco is a man who with much pride has seen all sides of life. My father taught me respect, ethics, morals and the meaning to being a man. I understand how much my actions have hurt my loved ones.

I have been taking the time to reflect within myself to find the answers as to why I have ended up in the place I am today. I internally have found that it is me, I am the reason I am here. I have taken the time to work on myself with daily reading, writing, meditation, workout, self reflection and prayer. With god first and my family second I believe everything is possible. I am going to take this time serious and not look at it as a punishment but as a learning experience to better myself not only as a person but as a responsible and contributing factor to the community at a large.

I look forward to being able to enroll in any and all rehabilitating/reforming programs that may be available to me to help manouver me into the right direction towards a promising, fulfilling and abundant life. I also will be attending classes to receive a GED diploma since I did not successfully complete high school. Along with my GED schooling, I will move forward with taking college course classes. My goal is to move forward in life leaving these things behind me. I have a strong well built mindset to show my children, loved ones and myself that we might trip and fall in life but we must still get up and stand tall moving forward with our right foot first.

My kids need me as much as I need them, i miss them every single day. With my families strong support and positive attitude, I have no doubt I can put this chapter behind me, becoming the best version of myself I can be. I am well aware that my actions have placed me in front of you today to be judged and sentenced for the time you see fit . I am not a violent person, I am not a threat to the community and I am not a person who struggles with any sort of substance abuse. I ask that you take everything that has been said on my behalf into consideration when doing so and I plead that you have mercy on me your honor.

With much respect,
Dillon Renee Polanco